IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GILBERT P. ZWEIFEL; AMY L. ZWEIFEL; BANK OF MONTICELLO; KITTELSEN, BARRY, WELLINGTON, THOMPSON & SCHLUESCHE; DUANE SPRANK; POMPS' TIRE SERVICE; THE DELONG CO. INC.; GERALD WOOD; DEBRA WOOD; GERALD G. WOOD, JR.; CO-PRODUCT FEED; AG CONSULTING TEAM; LANDMARK SERVICES COOPERATIVE; KEVIN HERMAN; LEIBFRIED FARMS INC.; FURST MCNESS COMPANY; TIM SEEBECKER; DAWN SEEBECKER; PHI FINANCIAL SERVICES, INC.; H & R ACCOUNTS INC.; IBA-FAHRNEY INC.; KALSCHEUR IMPLEMENT COMPANY, INC.; WISCONSIN COMMUNITY BANK; KOEHN, INC.; THOMAS BIDLINGMAIER; BANK OF NEW GLARUS; EAST CENTRAL/ SELECT SIRES; and DAVID KEMPEL,<br><br>Defendants. | Case Number 08-cv-474-bbc |

**ORDER OF DISMISSAL**

The plaintiff, United States of America, having moved for an order dismissing the above-captioned case without prejudice, and no objection by any defendant with a counterclaim appearing thereto,

IT IS HEREBY ORDERED that this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2), subject to reopening upon motion of the government in the event the bankruptcy proceeding is not dispositive with regard to all issues herein.

Entered this 6th day of November, 2008.

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
Chief United States District Judge
Western District of Wisconsin